# Court of Appeals
# of the State of Georgia

ATLANTA, May 31, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2038.  JOSE BALDERAS GARCIA v. THE STATE.**

In 2013, Jose Balderas Garcia pleaded guilty to two counts of child molestation.  In 2018, he filed a "Motion to Deport, Remove, and Expedite."  The trial court dismissed the motion on February 6, 2019.  On March 22, 2019, Garcia filed a notice of appeal to this Court. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Garcia's notice of appeal, filed 44 days after entry of the order he wishes to appeal, was untimely. Consequently – and pretermitting whether a direct appeal otherwise would lie from that order – we lack jurisdiction over this untimely appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/31/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*